THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELYSE DESALVO,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. C16-1924-JCC<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court on the parties' notice of settlement and request for a stay (Dkt. No. 17). This motion is GRANTED and the case is STAYED in its entirety. If the parties do not file a stipulated dismissal within 60 days, they shall provide the Court with a status report.

   DATED this 21st day of August 2017.

                   William M. McCool
                   Clerk of Court

                   /s/Paula McNabb
                   Deputy Clerk